UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TANYA MARIE CHONG,

    Plaintiff,

v.                                                  Case No. 3:19-cv-374-MMH-JBT

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 25; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on September 20, 2021. In the Report, Judge Toomey recommends that Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. 22; Motion) be granted, the Commissioner be directed to pay Mr. Culbertson the sum of $37,290.64 for attorney's fees, and the Clerk of the Court be directed to enter judgment accordingly. See Report at 1, 5-6. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993; See also 28 U.S.C. § 636(b)(1)). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:08-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 25) is **ADOPTED** as the opinion of the Court.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. 22) is **GRANTED**.

3. The Commissioner is directed to pay directly to Richard A. Culbertson, Esq. the sum of $37,290.64 for attorney's fees.

    4. The Clerk of the Court is directed to enter judgment accordingly.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of October, 2021.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record